UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

3081 MAIN STREET, LLC d/b/a NEW ENGLAND WINE AND SPIRITS, on behalf of itself and all others similarly situated,

        Plaintiff,

-vs.-

AMERICAS MERCHANT RECEIVABLES LLC d/b/a NECTAR ADVANCES,

        Defendant.

Case No. 3:11 CV 01386 (JCH)

ECF Case

### PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND NOTICE TO THE CLASS

Upon the accompanying Memorandum of Law and the attached Exhibits, and all other submissions and proceedings had herein, Plaintiff 3081 Main Street LLC d/b/a New England Wine and Spirits ("3081 Main"), by and through its undersigned counsel, hereby move this Court, pursuant to Federal Rule 23, for an order (the "Preliminary Approval Order"): (i) certifying a settlement class in the above-captioned litigation (the "Litigation") for settlement purposes only; (ii) granting preliminary approval of the proposed Class Settlement Agreement (the "Agreement"); (iii) approving the Notice of Class Action and Proposed Settlement and Proof of Claim; (iv) approving Bellin & Associates LLC as class counsel; (v) approving 3081 Main as class representative; and (vi) setting dates for opt-outs, objections, and a hearing for final approval.

-2-

**Dated:  April 3, 2012**               **Respectfully submitted,**

>               **/s/ Aytan Y. Bellin**
> **Aytan Y. Bellin, Esq.**
> **BELLIN & ASSOCIATES LLC**
> **85 Miles Avenue**
> **White Plains, New York 10606**
> **(914) 358-5345**
> **(212) 571-0284 (fax)**
>
> *Counsel for Plaintiff 3081 Main Street LLC d/b/a New England Wine and Spirits*

-2-