UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
3081 MAIN STREET, LLC d/b/a NEW
ENGLAND WINE AND SPIRITS, on behalf
of itself and all others similarly situated,      Civil Action No.

                  Plaintiff,              11 cv 1386 (JCH)

   -against-

AMERICAS MERCHANT RECEIVABLES
LLC d/b/a NECTAR ADVANCES,

                 Defendant.              August 13, 2012
-----------------------------------------------------------X

**MOTION TO ADJOURN HEARING FOR FINAL
APPROVAL OF CLASS ACTION SETTLEMENT**

The defendant, Americas Merchant Receivables, LLC d/b/a Nectar Advances ("Defendant"), respectfully submits motion to adjourn the hearing to approve the class settlement in the above matter until November 12, 2012 (the Final Approval Hearing is currently scheduled for August 24, 2012). In support hereof, Defendant submits the following:

1.    Plaintiff, 3081 Main Street, LLC ("Plaintiff") has alleged that it is seeking compensation for certain inappropriate facsimile transmissions directed to Plaintiff by Defendant.

2.    The parties have reached a settlement of this case, which includes certification of a class action for purposes of settlement. On April 17, 2012, the Court preliminarily certified a class for purposes of settlement and scheduled the final hearing (the "Final Approval Hearing") to approve the settlement for August 24, 2012 (Doc. #21, the "Order").

3.    In accordance with the Order, Defendant's claim administrator was supposed to have served certain information on potential class members as set forth in the Order.

4. Recently, Defendant learned that the claims administrator failed to serve certain possible class members. (See, Affidavit of Aaron Cohen attached hereto as Exhibit A.)

5. Accordingly, in order to ensure that class members have proper notice of the Order, and their rights to participate in the settlement, Defendants request that the hearing on approval of the settlement be adjourned until the week of November 12, 2012.

6. Defendant's claims administrator will serve the notice on the additional class members in accordance with the Order as follows:

   a. Summary Notice be ordered to be sent to the remaining potential class members within five days of the Court's order granting this motion;

   b. The applicable time periods provided for in the Order shall apply similarly in connection with the new Summary Notices and all subsequent events.

   c. Thus, the Class Members to whom notice is sent at this time would similarly have 60 days from the faxing of the Summary Notice to validly request exclusion from the Class (Order, para. 6);

   d. Class Counsel would file and serve a list of all successful opt-outs 14 days prior to the Final Approval Hearing (id. para. 7);

   e. Any Class Member who does not successfully opt out and wishes to appear at the Final Approval Hearing and/or objects to the settlement would have 60 days from the faxing of the Summary Notice to file and serve a written statement to that effect (id. para. 8); and

   f. Class Counsel would file and serve a motion for final approval and an application for attorneys' fees at least 14 days prior to the Final Approval Hearing (id. para. 11).

7. Accordingly, the requirements of the Order, other than the Final Approval Hearing date, could remain the same.

8. Justice requires that the Final Approval Hearing be adjourned to afford potential class members proper notice and an opportunity to participate in the settlement.

9. Plaintiff's counsel consents to the granting of this motion. This is the first such motion filed seeking an extension of time regarding the matter.

WHEREFORE, Defendant requests that the Court grant this motion and adjourn the Final Approval Hearing concerning the class settlement

THE DEFENDANT

BY: /s/ Jeffrey M. Sklarz
Jeffrey M. Sklarz (ct20938)
CONVICER PERCY & GREEN, LLP
60 Long Ridge Road
Stamford, CT 06902
|P| (203) 602-5550
|F| (203) 286-1311
Email: jsklarz@convicerpercy.com

## CERTIFICATION

The undersigned hereby certifies that a copy of the foregoing has been served via CMECF on the parties or counsel set forth below:

Aytan Y. Bellin
Bellin & Associates LLC
85 Miles Avenue
White Plains, NY 10606
914-358-5345
Fax: 212-571-0284
Email: aytan.bellin@bellinlaw.com

Date:   August 13, 2012                    /s/ Jeffrey M. Sklarz

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
3081 MAIN STREET, LLC d/b/a NEW
ENGLAND WINE AND SPIRITS, on behalf
of itself and all others similarly situated,

                         Plaintiff,

-against-

AMERICAS MERCHANT RECEIVABLES
LLC d/b/a NECTAR ADVANCES,

                         Defendant.
-----------------------------------------------------------X

**AFFIDAVIT OF**
**AARON COHEN**

11 Civ. 1386 (JCH)

COUNTY OF NEW YORK)
                      ss.:
STATE OF NEW YORK)

      AARON COHEN, being sworn, states as follows:

      1. I am a principal of defendant America's Merchant Receivables LLC, d/b/a Nectar Advances ("Nectar"). I respectfully submit this affidavit in support of defendant's motion, with the consent of the plaintiff, to adjourn the date of the Final Approval Hearing in connection with the parties' proposed class action settlement.

      2. On April 17, 2012, the Court entered an order preliminarily approving the class action settlement and notice (the "Order") and preliminarily certifying the settlement class in this action. Pursuant to the court's order, within fourteen days thereafter Nectar was to cause Summary Notice to be sent to all members of the class (Order at paragraph 5, page 3). Nectar timely transmitted several computer files containing thousands of names and fax numbers to the Settlement Administrator which we had hired, and those notices were duly sent and some claims were in due course received. We have been informed by the Settlement Administrator that no opt-outs and no objections were received.

3. However, we just recently discovered that one additional computer file, containing 2500 names and fax numbers, was inadvertently not delivered to the Settlement Administrator. Accordingly, Summary Notice to those 2500 recipients will need to belatedly be sent at this time. Nectar apologizes for the error.

4. As a result of the foregoing, defendant respectfully requests that the August 24 date for the Final Approval Hearing be adjourned to a date to be set by the Court; that Summary Notice be ordered to be sent to the remaining 2500 recipients within five days of the Court's order in response to this motion; and that the applicable time periods provided for in the Order shall apply similarly in connection with the new Summary Notices and all subsequent events. Thus, the Class Members to whom notice is sent at this time would similarly have 60 days from the faxing of the Summary Notice to validly request exclusion from the Class (Order, para. 6); Class Counsel would file and serve a list of all successful opt-outs 14 days prior to the Final Approval Hearing (id. para. 7); any Class Member who does not successfully opt out and wishes to appear at the Final Approval Hearing and/or objects to the settlement would have 60 days from the faxing of the Summary Notice to file and serve a written statement to that effect (id. para. 8); and Class Counsel would file and serve a motion for final approval and an application for attorneys' fees at least 14 days prior to the Final Approval Hearing (id. para. 11). In addition, we respectfully request an order that all other applicable terms of the Order remain in effect, subject only to the revised timetable set forth herein.

5. We also respectfully request that the Final Approval Hearing be scheduled, if convenient for the Court, during the week of November 12, 2012.

6. Plaintiff's counsel has consented to this motion and terms set forth herein. Nectar regrets any inconvenience to the plaintiff, its counsel, the Court, and the class members as a result of this inadvertent omission, and thanks the Court for its consideration of this motion.

*[signature]*
Aaron Cohen

Sworn to before me this
13th day of August, 2012

*[signature]*
Notary Public

THOMAS W. PERLINE
Notary Public, State of New York
No. 03-4708305
Qualified in Bronx County
Commission Expires SEPT. 30, 2013

3