BELLIN & ASSOCIATES LLC
         85 Miles Avenue
         White Plains, NY 10606

October 31, 2012

Hon. Janet C. Hall
United District Court
District of Connecticut
141 Church Street
New Haven, CT

      Re:  3081 Main v. Americas Merchant Receivables
          3:11 CV 01386[1]

Your Honor:

This firm represents the Plaintiff in the above referenced action.   Due to Hurricane Sandy, our office, located in White Plains, New York, has been without power and internet service for the past two days.   As a result, we have not been able to access our files from the office server.  We do not know when power will be restored.

Therefore,  we have been unable to complete our Motion for Final Approval of the Settlement Agreement, which is due to be filed with this Court tomorrow November 1.

On consent of Defendant's attorneys, we would therefore request an adjournment to file this Motion until next Wednesday November 6.

However, both sides would respectfully request that this adjournment not delay the November 15 Hearing set on this matter as that may require expending money contacting class members of a new hearing date.  Please note that there have been no objections or opt outs filed in this action.

I can be reached via my cell phone at 914-873-6022 or by email at aytan.bellin@bellinlaw.com.

Thank you for your consideration in this matter.

                Respectfully,

---

[1] Counsel for the Defendant has filed this letter at the request of Counsel for the Plaintiff and as a professional courtesy.

Aytan Y. Bellin