**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**3081 MAIN STREET, LLC d/b/a NEW ENGLAND WINE AND SPIRITS**, on behalf of itself and all others similarly situated,

                **Plaintiff,**

        **-vs.-**

**AMERICAS MERCHANT RECEIVABLES LLC d/b/a NECTAR ADVANCES,**

                **Defendant.**

Case No. 3:11 CV 01386  (JCH)

**PLAINTIFF'S UNOPPOSED MOTION FOR FINAL APPROVAL OF THE CLASS SETTLEMENT, ATTORNEYS FEES AND AN INCENTIVE AWARD**

Upon the accompanying Memorandum of Law, all of the exhibits attached thereto and all other submissions and proceedings had herein, Plaintiff 3081 Main Street, LLC d/b/a New England Wine and Spirits (hereinafter "3081 Main"), by and through its undersigned counsel, hereby move this Court, pursuant to Federal Rule 23, for an order (the "Final Approval Order"):  (i) certifying a settlement class in the above-captioned litigation (the "Litigation") <u>for settlement purposes only</u>; (ii) granting final approval of the proposed Class Settlement Agreement (the "Agreement") attached to the accompanying Memorandum of Law as Exhibit 2; (iii) entering the Final Approval Order attached to the accompanying Memorandum of Law as Exhibit 8; (iv) awarding Class Counsel $25,000 in attorneys' fees and expenses to be paid from the common fund created by the Agreement; and (v) awarding 3081 Main an incentive award of $6,000.

**Dated: White Plains, New York
November 7, 2012**

                                        **Respectfully submitted,**

                                        <u>**/s/ Aytan Y. Bellin**</u>_____
                                        **Aytan Y. Bellin, Esq. ct28454
BELLIN & ASSOCIATES LLC
85 Miles Avenue
White Plains, New York 10606
(914) 358-5345
(212) 571-0284 (fax)**

*Counsel for Plaintiff 3081 Main Street, LLC d/b/a New England Wine and Spirits*